

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00791-CR

Margaret L. **KNOBLAUCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10598
Honorable Lori I. Valenzuela, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 13, 2019.

_Irene Rios_____
Irene Rios, Justice

---

[1] On September 20, 2016, the Honorable Ron Rangel signed an order of voluntary recusal, and the same day, the underlying cause transferred from the 379th to the 437th District Court. The Honorable Ron Rangel presided over the hearing on Knoblauch's motion for continuance.